UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-00571-SHK | Date: | June 13, 2025 |
| Title: | *Andrew Davalos v. Bluestar Brandz, Inc.* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: FILING OF PROOF OF SERVICE**

    This instant action which was randomly assigned to the Magistrate Judge under the Direct Assignment of Civil Cases to Magistrate Judges Program in accordance with General Order 24-05. Pursuant to the General Order, the initiating party must serve the Notice and Declination of Consent Form ("Form") on each newly served party or party added to the case (e.g., intervention) at the time of service of the summons and complaint or other initiating document (e.g., Notice of Removal). See, General Order 24-05.

    On March 4, 2025, Plaintiff Andrew Davalos ("Plaintiff") filed a Complaint ("Complaint" or "Compl.") in this Federal Court.  Electronic Case Filing Number ("ECF No.") 1, Compl. On March 6, 2025, the clerk issued the 21-day summons for service of such and the Complaint. ECF No. 6.

    Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. See Fed. R. Civ. P. 4(m).  Generally, a defendant must answer the complaint within 21 days after service, or 60 days if the defendant is the United States.  See Fed. R. Civ. P. 12(a).  In addition, "any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3).  To date, Plaintiff has not filed their proof of service.

      Plaintiff is **ORDERED TO SHOW CAUSE** no later than **June 20, 2025** why this Court should not recommend that the action be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing a proof of service.

**IT IS SO ORDERED.**